No. 288. JOINER v. DECKARD, *ante,* p. 941;
No. 291. McVEAN v. FLORIDA, *ante,* p. 941;
No. 414. DUNN v. NEWSPAPERS, INC., *ante,* p. 830;
No. 711. BECKMAN INSTRUMENTS, INC., ET AL. v. CHEMTRONICS, INC., ET AL., *ante,* p. 956;
No. 5789. VEACH v. TENNESSEE, *ante,* p. 948; and
No. 5893. HARRIS v. UNITED STATES, *ante,* p. 966. Petitions for rehearing denied.

No. 78. ATLANTIC CITY ELECTRIC CO. ET AL. v. UNITED STATES ET AL., *ante,* p. 73. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 421. TREFINA, A. G. v. UNITED STATES, *ante,* p. 878. Motion for leave to file petition for rehearing denied.

No. 673. LEE NATIONAL CORP. v. ATLANTIC RICH-FIELD CO. ET AL., *ante,* p. 940. Petition for rehearing and/or to amend order denied.

JANUARY 26, 1971

No. 5602. MITCHELL v. BISHOP, PENITENTIARY SUPER-INTENDENT. Sup. Ct. Ark. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.